UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

CHARLIE SCOLLARD,

Plaintiff,

v.

COSTCO WHOLESALE, et al.,

Defendants.

Case No.: 3:26-cv-1198-JLS-SBC

**ORDER GRANTING MOTION TO CONTINUE ENE AND STAY PROCEEDINGS**

[Dkt. No. 7]

Before the Court is Plaintiff's April 8, 2026, Motion to Continue Early Neutral Evaluation Conference and Case Management Conference (hereafter "Motion") (Dkt. No. 7). The Motion seeks to continue the Early Neutral Evaluation ("ENE") currently set for April 28, 2026, at 10:00 AM before United States Magistrate Judge Steve B. Chu (*see* Dkt. No. 4). The motion is opposed by Defendant (Dkt. No. 7 at 2) but an opposition has not been filed. After duly considering the submissions, the Motion is **GRANTED** for the reasons set forth below.

Parties seeking to continue an ENE must demonstrate good cause. (Dkt. No. 4 at 3-4 (Counsel must file a motion "setting forth good cause for the request"); *see* Fed. R. Civ. P. 6(b) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"). Courts have broad discretion in determining whether there is good cause. *See, e.g.*, *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9ᵗʰ Cir.

1

1992); *Olvera v. Citibank, N.A.*, No. 25-cv-789-H-AHG, 2025 U.S. Dist. LEXIS 117769, at \*2, \*4-\*5 (S.D. Cal. June 19, 2025). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Here, there is a motion to remand currently pending before the court (Dkt. No. 5). There is a hearing on the motion set for April 23, 2026 (Dkt No. 5) and the parties are currently briefing the motion. In light of the pending motion to remand, the Court finds a thirty-day continuance is prudent. Plaintiff has demonstrated good cause and the Court finds it an efficient use of judicial resources to continue the ENE until after the motion to remand has been decided. While Defendant opposes the continuance (Dkt. 7 at 2), the Court finds that a thirty-day continuance strikes the right balance between using judicial resources efficiency with the need to hold an ENE early in a case.

Accordingly, the Court **GRANTS** Plaintiff's Motion to Continue Early Neutral Evaluation Conference and Case Management Conference. The Court continues the ENE until **May 29, 2026**, at **02:00 PM**. If the case does not settle, the Court will move into the Case Management Conference at that time. The parties must comply with all of the requirements set forth in the Court's February 27, 2026, Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (Dkt. No. 4) prior to that ENE.

**IT IS SO ORDERED.**

Dated: April 15, 2026

Hon. Steve B. Chu
United States Magistrate Judge