UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE SCOLLARD,<br><br>                              Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE, et al.,<br><br>                              Defendants. | Case No.: 3:26-cv-1198-JLS-SBC<br><br>**ORDER GRANTING MOTION TO CONTINUE ENE AND STAY PROCEEDINGS**<br><br>[Dkt. No. 11] |

Before the Court is the parties' May 18, 2026, Joint Motion to Continue Early Neutral Evaluation Conference and Case Management Conference (hereafter "Joint Motion") (Dkt. No. 11). The Motion seeks to continue the Early Neutral Evaluation ("ENE") currently set for May 29, 2026, at 10:00 AM before United States Magistrate Judge Steve B. Chu (Dkt. No. 10). Good cause appearing, and in light of the pending motion to remand (Dkt. No. 5), the Joint Motion is **GRANTED**.

Parties seeking to continue an ENE must demonstrate good cause. (Dkt. No. 4 at 3-4 (Counsel must file a motion "setting forth good cause for the request"); *see* Fed. R. Civ. P. 6(b) ("[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time"). Courts have broad discretion in determining whether there is good cause. *See, e.g., Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 607 (9th Cir. 1992); *Olvera v. Citibank, N.A.*, No. 25-cv-789-H-AHG, 2025 U.S. Dist. LEXIS 117769,

at *2, *4-*5 (S.D. Cal. June 19, 2025). "Good cause" is a non-rigorous standard that has been construed broadly across procedural and statutory contexts. *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

Accordingly, the Court continues the ENE until **July 29, 2026**, at **10:00 AM**. If the case does not settle, the Court will move into the Case Management Conference at that time. The parties must comply with all of the requirements set forth in the Court's February 27, 2026, Notice and Order for Early Neutral Evaluation Conference and Case Management Conference (Dkt. No. 4) based on the new ENE date.

**IT IS SO ORDERED.**

Dated: May 19, 2026

Hon. Steve B. Chu
United States Magistrate Judge